# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS RODRIGUEZ,<br><br>    Defendants. | Case No.: 1:19-cr-00166 DAD BAM<br><br>ORDER GRANTING MOTION FOR COMPETENCY EVALUATION OF DEFENDANT ACCORDING TO 18 U.S.C. 4241(a) |

Counsel for the defendant orally moved the Court for an order requiring the defendant to submit to examination to determine his mental competency. Having considered the information form counsel that she is unable to communicate with the defendant and he appears unable to comprehend what she says to him and the information contained in the petition, the Court finds there is reasonable cause to believe that he may be presently suffering from a mental disease or defect rendering him mentally incompetent to:

    (1)    understand the nature and consequences of the proceedings against him, or

    (2)    to assist with his defense.

Accordingly, the Court **ORDERS**:

    1.    The defendant's motion for a competency evaluation of the defendant is **GRANTED**.

    2.    Pursuant to 18 U.S.C. § 4241 (b) and § 4247 (b), the defendant is committed to the custody of the Attorney General for placement in a suitable facility to be examined as soon as

practicable and **within no more than 30 days** from the date this order is electronically served. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the Court. The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner. A psychiatric or psychological report regarding defendant's competency shall be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247 (b) and (c), with copies provided to the attorneys for the defendant and the government.

    The evaluation **SHALL** be completed and filed with the Court **within 30 days** from the date this order is electronically filed, unless an extension of time is sought and approved by the Court.

    3.    This matter is set for a status conference on **February 18, 2020, at 1:00 p.m.** in Courtroom 3, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

    Dated:   **December 30, 2019**               **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE