IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:19-CR-00166-1-DAD |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| JOSE LUIS RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has sworn as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court ORDERS that Monica Bermudez is appointed to represent the defendant in this case effective *nunc pro tunc* to December 27, 2019. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **January 9, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE