MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS RODRIGUEZ,<br><br>Defendants. | CASE NO.  1:19-CR-00166 DAD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>(Doc. 19) |

     Plaintiff United States of America, by and through Melanie L. Alsworth, Assistant United States Attorney, and defendant, by and through his attorney, Monica Bermudez, hereby stipulate as follows:

     1.     Defendant was arrested on or about December 30, 2019.  He made an initial appearance on the Petition for Violation of Supervised Release the same day and counsel was appointed.

     2.     Having met with defendant, defense counsel believed defendant was suffering from a mental disease or defect and was unable to assist in his defense.  Following an oral motion by defense to determine the mental competency of the defendant, the Court ordered an evaluation pursuant to 18 U.S.C. § 4241(a).  Doc. 10.

     3.     On or about January 30, 2020, Defendant was transferred to the Federal Bureau of Prisons, Metropolitan Detention Center, Los Angeles for evaluation.  The Federal Bureau of Prisons requested, as was granted, additional time to complete the evaluation.

     4.     A forensic evaluation was prepared by Samantha Shelton, Psy.D., Forensic Psychologist,

a copy of which was provided to the Court and counsel on April 24, 2020.  The forensic evaluation meets the requirements of 18 U.S.C. § 4247(c).  Dr. Shelton concludes that defendant has current symptoms of a mental illness are so prominent that will likely interfere with his ability to properly assist counsel in his defense.  Dr. Shelton recommends that defendant be committed to a federal medical facility for treatment for restoration to competency.

5. Counsel stipulate that the forensic evaluation supports a finding by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to assist properly in his defense.  The parties further stipulate and agree that the Court should enter an order, pursuant to 18 U.S.C. § 4241(d), committing the defendant to the custody of the Attorney General, who shall hospitalize the defendant in a suitable facility for a reasonable period of time, not to exceed four (4) months, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

IT IS SO STIPULATED.

Dated:  April 28, 2020                                              MCGREGOR W. SCOTT
                                                                                         United States Attorney


                                                                            By:   /s/ MELANIE L. ALSWORTH
                                                                                         MELANIE L. ALSWORTH
                                                                                         Assistant United States Attorney


Dated:  April 28, 2020                                                     /s/ MONICA BERMUDEZ
                                                                                         MONICA BERMUDEZ
                                                                                         Counsel for Defendant


### FINDINGS

Based upon the stipulations of the parties and the report of Samantha Shelton, Psy.D., Forensic Psychologist, the Court finds:

1. The defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

2

**ORDER**

Consequently, the Court **ORDERS**:

1. The defendant is placed in the custody of the Attorney General;

2. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward;

3. The status conference set on April 29, 2020 is VACATED.  The Court sets a further status conference on August 17, 2020 at 2:30 p.m. before Judge Thurston.

IT IS SO ORDERED.

Dated:   **April 28, 2020**                         **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

3